IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| INFORMATION ASSOCIATED WITH THE ACCOUNTS IDENTIFIED FOR THE USER IDENTIFIED AS SOPHIA WILANSKY OR THE ACCOUNT NUMBERED 100010223346052, THAT IS STORED AT THE PREMISES CONTROLLED BY FACEBOOK, INC. | Case No. 1:17-mj-95<br><br>**ORDER**<br><br>**Filed Under Seal** |

    The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Facebook, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until further order of the Court.

    The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. See 18 U.S.C. § 2705(b).

    IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook, Inc., shall not disclose the existence of the attached warrant, or this Order of the Court, to the subscriber or to any other person, unless and until otherwise authorized to do so by the Court for a period of 180 days from the date of this Order, except that Facebook, Inc., may disclose the attached warrant to an attorney for Facebook, Inc., for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed ~~until~~ *for 180 days unless* (CSM) otherwise ordered by the Court.

3/28/17
Date

*[signature]*
Charles S. Miller, Jr.
United States Magistrate Judge

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Facebook, and my official title is _____. I am a custodian of records for Facebook. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.  all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.  such records were kept in the ordinary course of a regularly conducted business activity of Facebook; and

c.  such records were made by Facebook as a regular practice.

3

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____        _____
Date                             Signature